**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CMG Financial Services, Inc.    v.    Pacific Trust Bank, F.S.B.

No. 14-1855

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:    CMG Financial Services, Inc.
                                                      Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

- Name: Salil Bali
- Law firm: Stradling Yocca Carlson & Rauth, P.C.
- Address: 660 Newport Center Drive, Suite 1600
- City, State and ZIP: Newport Beach, CA  92660
- Telephone: 949-725-4278
- Fax #: 949-725-4100
- E-mail address: sbali@sycr.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): August 6, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

October 14, 2014                                    /s/ Salil Bali
_____                          _____
        Date                                        Signature of pro se or counsel

cc: _____

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery to the following non-CM/ECF participants:

Gail J. Standish
WINSTON & STRAWN LLP
333 South Grand Avenue
38th Floor
Los Angeles, California 90071

*Attorney for Appellee,*
*Pacific Trust Bank, F.S.B.*


s/ Stephen Moore
Senior Appellate Paralegal
COUNSEL PRESS LLC