**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CMG Financial Services, Inc.   v.   Pacific Trust Bank, F.S.B.

No. 14-1855

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   Pacific Trust Bank, F.S.B.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant   ☑ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: Stephen R. Smerek
Law firm: Winston & Strawn LLP
Address: 333 South Grand Avenue, Suite 3800
City, State and ZIP: Los Angeles, CA 90071-1543
Telephone: (213) 615-1735
Fax #: (213) 615-1750
E-mail address: ssmerek@winston.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 21, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

October 28, 2014                     s/ Stephen R. Smerek
Date                                 Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | Oct 28, 2014 | by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

| Stephen R. Smerek | /s/ Stephen R. Smerek |
| Name of Counsel | Signature of Counsel |

Law Firm: Winston & Strawn LLP

Address: 333 South Grand Avenue, Suite 3800

City, State, ZIP: Los Angeles, CA 90071-1543

Telephone Number: (213) 615-1700

FAX Number: (213) 615-1750

E-mail Address: ssmerek@winston.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.